UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARREN LAMONT KEYS(c) 33000-037   POSTAL REGISTRY NO. 7005-3110-0003-7968
F.C.I. Williamsburg                                        6127
P.O. Box 340
Salters, SC 29590                  Civil Case No. _____

                                   INFORMATION REQUEST NO. 20030615

-Against-                          BY SPECIAL VISITATION

Jeanette Williams,
FREEDON OF INFORMATION BRANCH      "WITHIN ADMIRALTY" 28 USC
DEPARTMENT OF HOMELAND SECURITY      §§ 1331 or 1337

                                   MANDAMUS

_____/


PLAINTIFF'S MOTION
TO PROCEED IN FORMA PAUPERIS


AND NOW COMES, your humble movant-plaintiff, Darren Keys, Pro Se, and respectfully moves this Honorable Court for an Order granting leave to proceed in Forma Pauperis pusuant to 28 USC §1951(d) and Rule 24 of the F.R.A.P..

In support of this Motion, your Movant-Plaintiff has attached his Affidavit of poverty hereto.

Dated: December 11, 2006.

Respectfully Submitted,
Without Prejudice
Authorized Agent

Darren Lamont Keys/
secured Party

RECEIVED
FEB 05 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT