**FILED**

MAY 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARREN LAMONT KEYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0465 RMU |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court upon initial consideration of the Emergency Petition for Mandamus. Mandamus is a drastic remedy to be invoked only in extraordinary situations. *See Chatman-Bey v. Thornburgh*, 864 F.2d 804, 806 n. 2 (1988). It is granted only when essential to the interests of justice. *Starnes v. McGuire*, 512 F.2d 918, 929 (D.C. Cir. 1974). Mandamus is available only if: "(1) the plaintiff has a clear right to relief; (2) that defendant has a clear duty to act; and (3) there is no other adequate remedy available to plaintiff." *Northern States Power Co. v. U.S. Dep't of Energy*, 128 F.3d 754, 758 (D.C. Cir. 1997). The party seeking mandamus has the "burden of showing that its right to issuance of the writ is 'clear and indisputable.'" *Gulfstream Aerospace Corp. v. Mayacamas Corp.*, 485 U.S. 271, 289 (1988) (citing *Bankers Life & Cas. Co. v. Holland*, 346 U.S. 379, 384 (1953)). Plaintiff does not meet his burden.

In this action, plaintiff demands the release of records maintained by the Department of Homeland Security. An adequate remedy for a request of this nature exists pursuant to the Freedom of Information Act. *See* 5 U.S.C. § 552(a)(4)(B). Because the Department of Homeland Security is the proper party, *see* 5 U.S.C. §§ 551(1), 552(f)(1), defendant Jeanette

Williams will be dismissed.

The Court will deny the petition for a writ of mandamus, and construe this action as a civil action pursuant to the Freedom of Information Act. The Court will issue a separate Order regarding plaintiff's application to proceed *in forma pauperis*.

Accordingly, it is hereby

ORDERED that the petition for a writ of mandamus is DENIED, and it is

FURTHER ORDERED that defendant Jeanette Williams is DISMISSED as a party defendant, and it is

FURTHER ORDERED that this action shall proceed as a civil action against the Department of Homeland Security pursuant to the Freedom of Information Act, and it is

FURTHER ORDERED that a copy of this Order shall be served on defendant with a copy of the summons and complaint.

SO ORDERED.

_____
United States District Judge

Date: 4/23/07