**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:
US Attorney General - DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number __07-0465 RMU__

__Damon Lamont Keys__
                    V.
__Dept. of Homeland Security__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment ... RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed ...

If you are served on behalf of a corporation, ... signature your relationship to that entity. If ... indicate under your signature your authority.

... days, you (or the party on whose behalf you ... int in any other manner permitted by law.

... (if you are being served) must answer the ... default will be taken against you for the ...

... Summons and Complaint By Mail was ...

*[Overlaid: USPS PS Form 3811 Domestic Return Receipt and Certified Mail label showing article number 7003 2260 0000 4984 7284, signature dated MAY 15 2007, addressed to U.S. Atty. Gen'l.-DOJ, 950 Penn. Ave., NW, Washington, DC]*

... OF SUMMONS AND COMPLAINT

... received a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)