UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARREN LAMONT KEYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-0465 (RMU) |
| ) | **ECF** |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for a four week enlargement of time to file its response to Plaintiff's Complaint. In support of this motion, Defendant states the following:

1. Plaintiff filed his pro se Emergency Petition for Mandamus in this Court on March 13, 2007. In his petition, Plaintiff sought an order granting mandamus relief compelling Defendant to respond to a request Plaintiff submitted pursuant to the Freedom of Information Act, 5 U.S.C. § 552, dated June 30, 2003.

2. In an Order dated May 10, 2007, Judge Robertson denied Plaintiff's Emergency Petition for Mandamus. [Dckt. Entry No. 6]. In this Order, Judge Robertson dismissed the individually named defendant, Jeannette Williams, concluding that the Department of Homeland Security was the proper defendant. Judge Robertson further held that this action should proceed as a civil action against the Department of Homeland Security pursuant to the Freedom of Information Act.

3. Service was perfected on the Defendant on May 15, 2007. Therefore, Defendant's response to the complaint is due on or before June 14, 2007.

4. The undersigned counsel has been in contact with the United States Secret Service, the component of the Department of Homeland Security that had responsibility for processing Plaintiff's request. The Secret Service is in the process of forwarding its administrative file to the undersigned counsel, however, due to time constraints, this file has not yet been provided.

5. Good cause supports this motion because the undersigned counsel has not yet received the complete administrative file pertaining to Plaintiff's request, and therefore she is not yet in a position to respond to Plaintiff's complaint. The requested extension of time will enable the undersigned counsel to thoroughly investigate the facts in this matter and will not affect any other deadlines in this matter as none have been established by the Court. Accordingly, Defendant seeks a four week extension of time, up to and including July 12, 2007, in which to answer or otherwise respond to Plaintiff's complaint. This is the first extension of time Defendant has sought in this matter.

6. Because the pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.[1]

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Dated: June 8, 2007

                                                  Respectfully submitted,

                                                    /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

                                                  /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Motion for an Enlargement of Time to Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Darren Lamont Keys
R33000-037
F.C.I. Williamsburg
Inmate Mail/Parcels
P.O. Box 340
Salters, SC 29590

on this  8th  day of June, 2008

/s/
MICHELLE N. JOHNSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARREN LAMONT KEYS,            )<br>                                                       )<br>              Plaintiff,                        )<br>                                                       )<br>              v.                                  )<br>                                                       )<br>DEPARTMENT OF HOMELAND SECURITY,  )<br>                                                       )<br>              Defendant.                   )<br>                                                       ) | Civil No. 07-0465 (RMU)<br>**ECF** |

**ORDER**

   This matter having come before this Court on Defendant's Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

   **ORDERED** that Defendant's motion is **GRANTED**.  It is further

   **ORDERED** that Defendant shall file its response to Plaintiff's complaint on or before July 12, 2007.

   **SO ORDERED** this _____ day of _____, 200___.

                                                                              _____
                                                                              United States District Court Judge