## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARREN LAMONT KEYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-0465 (RMU) |
| ) | **ECF** |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE RE: CONSENTING TO PROCEED
### BEFORE A MAGISTRATE JUDGE

Defendant has agreed to proceed with this matter before a Magistrate Judge for all purposes. Accordingly, Defendant, through the undersigned, has executed the relevant consent form. However, for the matter to be referred to a Magistrate Judge for all purposes, the Plaintiff must also consent. Accordingly, Defendant has sent a copy of the Consent form to Plaintiff for his review and approval. If and when Plaintiff returns the signed form, Defendant will forward the form to the Clerk of the Court.

Dated: June 8, 2007                    Respectfully Submitted,

    /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Michelle Johnson
MICHELLE N. JOHNSON, D.C. BAR #491910
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7139

Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 8, 2007, I caused the foregoing Notice Re: Consenting to Proceed Before Magistrate Judge to be served on plaintiff *pro se*, postage prepaid, and addressed as follows:

Mr. Darren Lamont Keys
R33000-037
F.C.I. Williamsburg
P.O. Box 340
Salters, SC 29590

                                              /s/
                                  MICHELLE N. JOHNSON
                                  Assistant United States Attorney