UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARREN LAMONT KEYS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-0465 (RMU) |
| ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE ITS SECOND REQUEST FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for an additional two-week enlargement of time to file its response to Plaintiff's Complaint. In support of this motion, Defendant states the following:

1. Plaintiff filed his pro se Emergency Petition for Mandamus in this Court on March 13, 2007. In his petition, Plaintiff sought an order granting mandamus relief compelling Defendant to respond to a request Plaintiff submitted pursuant to the Freedom of Information Act, 5 U.S.C. § 552, dated June 30, 2003.

2. In an Order dated May 10, 2007, Judge Robertson denied Plaintiff's Emergency Petition for Mandamus. [Dckt. Entry No. 6]. In this Order, Judge Robertson dismissed the individually named defendant, Jeannette Williams, concluding that the Department of Homeland Security was the proper defendant. Judge Robertson further held that this action should proceed as a civil action against the Department of Homeland Security pursuant to the Freedom of Information Act.

3. Service was perfected on the Defendant on May 15, 2007. Therefore, Defendant's

response to the complaint was due on or before June 14, 2007.

4.   On June 8, 2007, Defendant filed a motion seeking a four-week enlargement of time to respond to Plaintiff's Complaint. Defendant asked that its time in which to respond to the Complaint be extended up to and including July 12, 2007. The Court has not yet ruled upon Defendant's motion.

5.   The undersigned counsel has been in contact with the United States Secret Service, the component of the Department of Homeland Security that had responsibility for processing Plaintiff's request. The undersigned counsel was today informed that the Agency requires additional time to complete its processing of the documents potentially responsive to Plaintiff's request. Accordingly, counsel has filed this motion at the earliest possible opportunity after being informed that the Agency will not be in a position to respond to the Complaint by July 12, 2007. However, because this request is being filed less than four days prior to the Defendant's time to file its response to the Complaint, Defendant is also seeking the Court's leave for permission to file this request.

6.   Good cause supports this motion. The requested extension of time will enable the Agency to release any non-exempt materials to Plaintiff and permit the undersigned counsel to determine whether there remain any issues for the Court's resolution. Alternatively, the issues to be presented to the Court may be significantly narrowed. Accordingly, Defendant seeks a two-week extension of time, up to and including July 26, 2007, in which to answer or otherwise respond to Plaintiff's complaint. This is the second extension of time Defendant has sought in this matter.

7.   Because the pro se Plaintiff is incarcerated it is impracticable for the undersigned

counsel to confer with him about this Motion.[1]

Dated: July 9, 2007

                                                Respectfully submitted,

                                                /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Motion for Leave to File Its Second Request for an Enlargement of Time to Answer or Otherwise Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Darren Lamont Keys
R33000-037
F.C.I. Williamsburg
Inmate Mail/Parcels
P.O. Box 340
Salters, SC 29590

on this 9th day of July, 2007.

/s/
MICHELLE N. JOHNSON

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DARREN LAMONT KEYS,**         )<br>                                                              )<br>           Plaintiff,                              )<br>                                                              )<br>    v.                                                     )<br>                                                              )<br>**DEPARTMENT OF HOMELAND SECURITY,** )<br>                                                              )<br>           Defendant.                         )<br>                                                              ) | Civil No. 07-0465 (RMU)<br>         **ECF** |

## ORDER

UPON CONSIDERATION of the Defendant's Motion for Leave to File Its Second Request for an Enlargement of Time to Answer or Respond to the Complaint, it is this ____ day of _____, 2007, **ORDERED** that Defendant's motion should be and it hereby is granted; and it is, **FURTHER ORDERED** that Defendant's response to the Complaint shall be filed on or before July 26, 2007.

_____
UNITED STATES DISTRICT JUDGE