# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARREN LAMONT KEYS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil No. 07-0465 (AK) |
| ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S THIRD REQUEST FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for an additional two-week enlargement of time to file its response to Plaintiff's Complaint. In support of this motion, Defendant states the following:

1. This lawsuit concerns a request Plaintiff submitted pursuant to the Freedom of Information Act, 5 U.S.C. § 552, dated June 30, 2003.

2. Service was perfected on the Defendant on May 15, 2007. Therefore, Defendant's response to the complaint was due on or before June 14, 2007. Defendant has previously sought and received two extensions of time in which to respond to the Complaint, and its response is currently due today, July 26, 2007.

3. The undersigned counsel has been in ongoing contact with the United States Secret Service, the component of the Department of Homeland Security that had responsibility for processing Plaintiff's request. The Department of Homeland Security has recently released all non-exempt, responsive documents to Plaintiff. Yesterday, the undersigned counsel received the Agency's materials in support of its dispositive motion to be filed in this matter today.

4. Upon review of these materials yesterday evening, however, the undersigned

counsel determined that additional information is required from the Agency before an appropriate motion can be filed. However, Agency counsel is not in the office today and therefore is unavailable to assist the undersigned counsel in resolving the issues related to the motion. Accordingly, counsel has filed this motion at the earliest possible opportunity after realizing that she is not in a position to file the Agency's motion.

5.    Good cause supports this motion. The requested extension of time will enable the undersigned counsel to confer further with the Agency regarding its intended dispositive motion and to resolve any issues pertaining to that motion prior to filing. In light of the Agency's recent release of documents to Plaintiff, the undersigned counsel expects that the Agency's motion will enable the Court to fully resolve the matters raised in this lawsuit. Accordingly, Defendant seeks an additional two-week extension of time, up to and including August 9, 2007, in which to answer or otherwise respond to Plaintiff's complaint. This is the third extension of time Defendant has sought in this matter.

6.    Because the pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.[1]

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Dated: July 26, 2007

                                      Respectfully submitted,

                                        /s/ Jeffrey A. Taylor
                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                    United States Attorney

                                        /s/ Rudolph Contreras
                                    RUDOLPH CONTRERAS, D.C. BAR #  434122
                                    Assistant United States Attorney

                                        /s/ Michelle N. Johnson
                                    MICHELLE N. JOHNSON, D.C. BAR # 491910
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    Civil Division
                                    555 4th Street, N.W. – Room E4212
                                    Washington, D.C. 20530
                                    (202) 514-7139

                                    COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendant's Motion for Leave to File Its Third Request for an Enlargement of Time to Answer or Otherwise Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Darren Lamont Keys
R33000-037
F.C.I. Williamsburg
Inmate Mail/Parcels
P.O. Box 340
Salters, SC 29590

on this 26th day of July, 2007.

/s/
MICHELLE N. JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARREN LAMONT KEYS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-0465 (AK) |
| ) | **ECF** |
| **DEPARTMENT OF HOMELAND SECURITY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

UPON CONSIDERATION of the Defendant's Motion for Leave to File Its Third Request for an Enlargement of Time to Answer or Respond to the Complaint, it is this \_\_\_\_ day of _____, 2007, **ORDERED** that Defendant's motion should be and it hereby is granted; and it is, **FURTHER ORDERED** that Defendant's response to the Complaint shall be filed on or before August 9, 2007.

_____
UNITED STATES DISTRICT JUDGE