UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARREN LAMONT KEYS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF HOMELAND SECURITY,** )<br>)<br>Defendant. )<br>) | Civil No. 07-0465 (AK) |

**DEFENDANT'S REQUEST FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for an additional enlargement of five business days to file its response to Plaintiff's Complaint. In support of this motion, Defendant states the following:

1. This lawsuit concerns a request Plaintiff submitted pursuant to the Freedom of Information Act, 5 U.S.C. § 552, dated June 30, 2003.

2. Service was perfected on the Defendant on May 15, 2007. Therefore, Defendant's response to the complaint was due on or before June 14, 2007. Defendant has previously sought and received three extensions of time in which to respond to the Complaint, and its response is currently due today, August 9, 2007.

3. The undersigned counsel has been in ongoing contact with the United States Secret Service, the component of the Department of Homeland Security that had responsibility for processing Plaintiff's request. The agency had released many of the documents responsive to Plaintiff's request. However, just today the agency has informed the undersigned counsel that additional materials must be released to Plaintiff through the agency's FOI/PA office. The agency expects that the additional release of materials will be made to Plaintiff early next week. The

undersigned counsel is requesting the additional period of time to finalize the agency's dispositive motion, taking into account the additional release that is expected to be made to Plaintiff next week.

4.      Good cause supports this motion. The requested extension of time will enable the undersigned counsel to release the additional materials that are responsive to Plaintiff's request. The agency has informed the undersigned counsel that this additional release will complete the release of materials to Plaintiff in conjunction with this lawsuit and enable the agency to file a dispositive motion that should resolve the matters raised in this litigation.

5.      Because the pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.[1]

August 9, 2007

Respectfully submitted,

\_\_/s/ Jeffrey A. Taylor_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/ Rudolph Contreras_____
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

\_\_/s/ Michelle N. Johnson_____
MICHELLE N. JOHNSON, D.C. BAR # 491910

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212

Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing Defendant's Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Darren Lamont Keys  
R33000-037  
F.C.I. Williamsburg  
Inmate Mail/Parcels  
P.O. Box 340  
Salters, SC 29590

on this 9th day of August, 2007.

                                        /s/  
                                 MICHELLE N. JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARREN LAMONT KEYS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF HOMELAND SECURITY,** )<br>)<br>Defendant. )<br>) | Civil No. 07-0465 (AK)<br>**ECF** |

## ORDER

UPON CONSIDERATION of the Defendant's Motion for an Enlargement of Time to Answer or Respond to the Complaint, it is this _____ day of _____, 2007,

**ORDERED** that Defendant's motion should be and it hereby is granted; and it is, **FURTHER ORDERED** that Defendant's response to the Complaint shall be filed on or before August 17, 2007.

_____
UNITED STATES DISTRICT JUDGE