IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARREN LAMONT KEYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-0465 (AK) |
| ) | **ECF** |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

Defendant, the Department of Homeland Security, respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(1), for an order dismissing this case on mootness grounds. The memorandum of points and authorities in support of this motion accompanies Defendant's motion for summary judgment, found at docket entry no. 16. A proposed order granting this motion is attached.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

                                  COUNSEL FOR DEFENDANT

Of Counsel:

Andrea Hagen  
Attorney  
United States Secret Service  
Office of the Chief Counsel  
950 H Street, NW  
Suite 8300  
Washington, DC 20223

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARREN LAMONT KEYS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND SECURITY, )<br>)<br>Defendant. )<br>) | Civil No. 07-0465 (AK)<br>**ECF** |

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

This matter having come before the Court on Defendant's Motion to Dismiss the Complaint it is hereby

**ORDERED** that Defendant's motion is granted. It is further

**ORDERED** that the complaint is dismissed with prejudice.

**SO ORDERED** on this ____ day of _____, 200___.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE