IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

SEP 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Darren Lamont Keys,

     Plaintiff,

V.                             Civil No. 07-0465 AK

Department of Homeland Security,

     Defendant,
_____/

PLAINTIFF'sS MOTION IN OPPPOSITION
TO DEFENDANT'S MOTION TO DISMISS
OR FOR SUMMARY DISPOSITION

The plaintiff opposes the Department of Homeland Security's
Motion to dismiss and respectfully moves this court to compell
U.S. Secret Service in conjunction with the U.S. Attorney's
office, -an agency which has conveniently been left out of their
search of interrelated agencies.- to disclose the requested
documents from the Secrect Service and U.S. Attorney files
related to Case No. 3:01-CR-239.

In support, Keys offers this court the following:

     1. This request for information has been a nightmare
     and a very burdensome expense as it has been
     unnecessarily delayed for over four (4) years then
     suddenly upon this court's intervention, this agency
     makes an eleventh hour attempt to deceive plaintiff by
     sending various stale documents from 1996-98 instead
     of the requested documents regarding the Florida arrest
     in Jacksonville where the Secret Service allege that

seven banks were Defrauded.

## DEFENDANT FAILS TO FORWARD
## ANY DOCUMENTS REGARDING BANKS

2.  Your plaintiff has repeatedly requested copies of:

° Pictures of apartment;

° All statements given to Secret Service;

° ALl surveilance photos;

° All bank itemized loss claims;

° All letters to and from alleged victim banks regarding this case;

° All arrest reports;

° All photos used to present to jury;

° All lease agreements;

° All complaints;

° All Affidavits;

° All Grand Jury testimony, etc.;

° All alleged consent forms.

As your plaintiff requested both U.S. Attorney's office and U.S. Secret Service disclose these documents, U.S. Attorney request to U.S. Secret Service.

3.  Plaintiff also requested the personell files of Agent Robert Fultz, any complaints of misconduct, perjury, or internal investigations and complaints for falsifying documents and/or violating the rights of citizens.

4. The defendant has failed to provide this information and urges this court to believe that U.S. Secret Service has fully complied and has made every attempt to release as much information as possible.

5. The information requested by plaintiff is NOT exempt from disclosure and even if it were, this defendant has means to redact particular information found to be intrusive of privacy rights.

6. Defendant can not hide behind the broad ALL-ENCOMPASSING statement given to the Declaration of Craig Ulmer:

> "The Secret Service has made every attempt to comply with the intent of the FOIA, while protecting the personal privacy of third parties; and the interest of the general public in the efficient and effective performance of law enforcement."

This statement is designed to cover-up any material the defendant wishes to continue to withhold without legal cause.

7. Your plaintiff asks this Honorable Court to order the defendant to forward all withheld documents for in camera inspection so that this Honorable Court can see first hand that this is simply a ploy to continue to withhold requested information.

## CONCLUSION

8. The problem with freedom of information requests is that the defendants rely on the fact that the court

-3-

will never know the truth whether plaintiff ever received all that the defendants claim to have sent because the defendants never have to produce the entire file for the court's review.

9.    Therefore, the defendant sends a few sheets of paper and mistates that the FIOA has been complied with.

10.    The defendants simply have not complied with the plaintiffs request.

11.    Your plaintiff asks this court to also order attorney fees and costs be paid to plaintiff by defendants.

I hereby declare under the penalties of perjury the foregoing is true and correct.


Date: August 20, 2007


Respectfully Submitted,

Darren Keys    S.P.C.
Reg No. 33000-037
FCI Williamsburg
P.O. Box 340
Salters, SC 29590