UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DARREN LAMONT KEYS**,

Plaintiff,

v.

**DEPARTMENT OF HOMELAND SECURITY**,

Defendant.

Civil Action No. 07-465 (AK)

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment [16] and Defendant's Motion to Dismiss the Complaint [17], and for the reasons set forth in the memorandum opinion filed contemporaneously herewith, it is this  26th  day of September, 2007, hereby

**ORDERED** that Defendant's Motion for Summary Judgment [16] is **GRANTED**; and it is further

**ORDERED** that Defendant's Motion to Dismiss the Complaint [17] is **DENIED AS MOOT**; and it is further

**ORDERED** that judgment is entered in favor of Defendant; and it is further

**ORDERED** that the above-captioned matter is **DISMISSED**.  This is a final appealable order.

/s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE