**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO: Dept. of Homeland Security
2100 2nd St., NW
Washington, DC 20593

Civil Action, File Number __07-0465   RMU__

__Damon Lamont Keys__

V.

__Dept. of Homeland Security__

_[form text partially obscured by attached return receipt card]_

...pursuant to the Federal Rules of Civil Procedure.

...part of this form below, AND RETURN COPIES 1 AND 2 to the sender within
...se. Keep copy 3 for your records.

...WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
...er entity, you must indicate under your signature your relationship to that entity. If
...horized to receive process, you must indicate under your signature your authority.

...of this form to the sender within ___ days, you (or the party on whose behalf you
...urred in serving a summons and complaint in any other manner permitted by law.

...s form, you (or the party on whose behalf you are being served) must answer the
...re sent. If you fail to do so, judgment by default will be taken against *you* for the

...ice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

...OF RECEIPT OF SUMMONS AND COMPLAINT
...d a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

---

*[Attached return receipt card (PS Form 3811):]*

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Dept. of Homeland Security
2100 2nd St., NW
Washington, DC

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] — Agent / Addressee
B. Received by (Printed Name): [name]
C. Date of Delivery: SEP 14 2007
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   enter delivery address below:
   ACCEPTED IN OFFICIAL CAPACITY ONLY

3. Service Type:
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):
7003 2260 0000 4984 7291

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

07-0465  JFT  5/1/07