IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

OCT 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Darren Lamont Keys,
            Plaintiff,

vs.                                    Civ. Case No.:07-465 AK

Department of Homeland Security
            Defendant.                    /


SUPERSEDING NOTICE OF APPEAL
WITH SCRIBNER'S ERROR CORRECTED


I, Darren keys, hereby appeal the decision of    September    26, 2007 dismissing plaintiff's  action under freedom of information act.


Done this 24, day of October 2007.


Respectfully Submitted,

Darren Lamont Keys
Reg. No.#33000-037
FCI Williamsburg
P.O. Box 340
Salters, SC 29590


OCT 3 1 2008