UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
NOV 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DARREN LAMONT KEYS,
    Plaintiff

v.

Civil No. 07-0465 (RMU)
ECF

DEPARTMENT OF HOMELAND SECURITY,
    Defendant.
_____/

## MOTION FOR COSTS AND ATTORNEY FEES

AND NOW COMES, your undersigned Plaintiff, Darren Keys, praying and respectfully moving this Honorable Court for an order granting Plaintiff's motion for costs by virtue of Rule 54(d)(1) costs other than attorney fees.

In support your apparently successful plaintiff shows this Court the following:

### I. INTRODUCTION

This case involves a very complex fraud case where the government withheld discovery throughout the proceedings in an attempt to impede your Plaintiff's defense.

This case began with as illegal arrest on August 15, 2001 by St. Johns County Sheriff's Department as a favor to a, then recently, promoted, St. Johns County Sherriff(Robert Fultz) who had just become a secret service agent .

Although St. John County made the traffic stop, and ellegally took defendant to his home instead of to a nearby police station for interogation and an illegal search. A jacksonville Sheriff police report was produced where no arrest ever occured in Jacksonville, constituting a <u>Brady</u> violation and Fraud.

Additionally the government illegally withheld discovery through out the proceedings and even persuaded the court to order the United States marshalls to embaracingly accompany defendant Keys back to the county jail to confiscate the only piece of discovery that Keys took from counsel's table as Keys notified the court of his intentions to "fire" counsel. Thus only had a few hours with the 40 pages of material, before the marshalls escorted him to his cell and took it. Keys was denied discovery indefinitely at the requist of United States attorney Kathleen O'mally.

Keys filed motions for discovery and even conplained during surpression hearing - where court advised Keys that this was not the forum - and throughout trial.

Finally in 2003, Keys filed a Freedom of Information Act request that has been arbitrarily and capriciously delayed for almost four(4) years only to be patronized with a small fraction of his rquest, that is, Keys asked for all information regarding

the <u>2001</u> case, however the defendants only sent a bunch of 1998 information now responsive to Keys' request or needs.

Now this court, has granted summary judgment based on the government alleged compliance with Plaintiff's request for relief.

II. <u>RULE OF LAW</u>

"In order to receive an award Ff Rees, a prevailing party in FOIA action must demonstrate to the <u>eligability</u> for and <u>entitlement</u> to such a recovery." <u>LONG v. IRS</u>, 932 F.2d 1309.

28 US § 2412 :

(a)(1) except as otherwise specifically provided by statute, a judgment for costs, as enumerated section 1920 of this section, but not including the fees and expenses of attorneys, may be awarded to the prevailing party in any civil action brought by or against the United States or any agency of any official of the United States acting on his or her official capacity.

Federal Rules Civil Procedure 54:

(d)(1) Costs Other than Attorneys' Fees.  Except when express provision therefor is made either in a statute of the United States or in these rules, costs other than attorneys' fees shall be allowed as of course to the prevailing party unless the court otherwise directs.

-3-

## III. APPLICATION

Applying the above principles and rules of precedure and law, your movant is entitled to costs pursuant to Fed. Rules of Civ. Procedure 54(d)(1) as he apparantly has prevailed as evidenced by the court's order granting summary judgment to defendant after defendants allege that they have grantee relief requested by movant.

## IV. CONCLUSION

Freedom of Information Act requests are never simple. They are even less so when a simple request is arbitrarily and capriciously delayed/denied for four(4) years causing exhorbant time and expence to plaintiff.

Plaintiff asks this court for $1,295,00 in costs in accordance with Rule 54(d)(1) of the Federal Rule of Civil Procedure as he has prevailed.

WHEREFORE, your Plaintiff prays for this Honorable Court to grant the requested aforementioned relief in the interest of Justice and to preserve the integrity of judicial process.

Dated: October 5, 2007.

Respectfully Submitted,

/s/ without prejudice

Darren Keys / Pro se
Reg. No. #33000-037
FCI Williamsburg
P. O. Box 340
Salters, SC 29590

-4-

## CERTIFICATE OF SERVICE

I, Darren Keys, hereby certify that a true, correct, and complete copy has been forwarded to:

Assistant United States Attorney Office
A.U.S.A., Michelle Nicole Johnson
555 Fourth Street, NW
Room E-4212
Washington, DC 20530

on this 5th day of October, 2007. By First class Mail.


Respectfully Submitted,

_/s/ Darren Keys_
Darren Keys
33000-037
F.C.I. Williamsburg
P.O. Box 340
Saltyers, S.C. 29590