Received
Mail Room

NOV 30 2007

United States Court of Appeals
District of Columbia Circuit

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

Darren Lamont Keys

USCA No. __07-5364__

v.

U.S. Dept. of Homeland Security

USDC No. __07-cv-00465__

*ORIGINAL*

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, __Darren Lamont Keys__, declare that I am the

☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding.  In

support of this motion to proceed on appeal without being required to prepay fees,

costs or give security therefor, I state that because of my poverty I am unable to prepay

the costs of said proceeding or to give security therefor.  My affidavit or sworn

statement is attached.  I believe I am entitled to relief.  The issues that I desire to
present on appeal/review are as follows: (*Provide a statement of the issues you will
present to the court.  You may continue on the other side of this sheet if necessary.*)

   United States Secret Service arrested keys  allegedly incident to an investigation
steming from the complain(s) of seven Banks claiming Loss that was never disclosed or
proven during trial. Keys was retaliated against for not cooperating with Secret
Service or U.S. Attorney by the Government's Non-disclosure campaign at which Keys
complained of throughout the proceedings. Keys filed an action under the Freedom of
information Act, The  defendants sent stale information from 1998 Prior conviction instead
of the requested information regarding the banks in the 2002 conviction in Florida

Signature _____

Name of *Pro Se* Litigant (PRINT) __Darren Lamont Keys__

Address  __F.C.I. Williamsburg, P.O. Box 340__

 __Salters, South Carolina  29590__


Submit original with a certificate of service to:

> Clerk
> U.S. Court of Appeals for the D.C. Circuit
> 333 Constitution Avenue, N.W.
> Rm. 5423, E. Barrett Prettyman U.S. Courthouse
> Washington, DC 20001

## Affidavit Accompanying Motion for Leave
## to Proceed on Appeal in Forma Pauperis

### United States Court of Appeals for the
### District of Columbia Circuit

Darren Lamont Keys

Case No. 07-5364

v.

U.S. dept. Homeland Security

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _____

Date: _11-23-2007_

**My issues on appeal are:**

I. FREEDOM OF INFORMATION ACT REQUIRES DISCLOSURE OF ANY NON-EXEMPT INFORMATION UPON REQUEST. PLAINTIFF REQUESTED "ALL INFORMATION REGARDING HIS NAME AND IDENTIFIERS" AS IT RELATED TO CASE NO. 3:01-Cr-239 . The DEFEENDANTS DISLOSED ONLY OLD INFORMATION FROM 1998 INSTEAD OF THE REQUESTED INFORMATION FROM 2001-2002 INVESTIGATION IN CASE NO 3:01-239 (BANK FRAUD CASE) U.S. Secret Service and U.S. Attroney's office refuse to disclose this information, and the District court has dismissed the case based on misstements bt the defendants that all disclosable information has been forwrded to plaintiff. The Court failed to assure itself that the Defendants has infact, disclosed the requested information. The Plaintiff asked the Court to order an in-camera inspection so that the Court would know first hand that the defendants have not complied with Plaintiff's Freedom of Information request.

.1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ ~~0~~ $ 18,00 | $ | $ 18.00 | $ |
| Self-employment | $ ~~0~~ | $ | $ | $ |
| Income from real property (such as rental income) | $ ~~0~~ | $ | $ | $ |
| Interest and dividends | $ ~~0~~ | $ | $ | $ |
| Gifts | $ ~~0~~ | $ | $ | $ |
| Alimony | $ ~~0~~ | $ | $ | $ |
| Child support | $ ~~0~~ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ ~~0~~ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ ~~0~~ | $ | $ | $ |
| Unemployment payments | $ ~~0~~ | $ | $ | $ |
| Public-assistance (such as welfare) | $ ~~0~~ | $ | $ | $ |
| Other (specify): _____ | $ ~~0~~ | $ | $ | $ |
| Total monthly income: | $ ~~0~~ 18,00 | $ | $ | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ ~~0~~

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns.  Do not list clothing and ordinary household furnishings.



Home (Value)          Other real estate (Value)          Motor vehicle # 1 _____ (Value)
                                                         Make & year: _____
                                                         Model: _____
                                                         Registration #. _____

Motor vehicle #2 _____ (Value)          Other Assets (Value)          Other Assets (Value)
Make & year _____
Model _____
Registration #: _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.



Person owing you or          Amount owed          Amount owed to
your spouse money              to you              your spouse

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $_____ | $_____ |
| Are real-estate taxes included? | [ ] Yes    [ ] No | |
| Is property insurance included? | [ ] Yes    [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $ ~~##.##~~ | $_____ |
| ~~Clothing~~ | $ 1:05  Soap X 4 | $_____ |
| Laundry and dry-cleaning | $ 11.20 Tide X2 | $_____ |
| Medical and dental expenses | $_____ | $_____ |
| Transportation (not including motor vehicle payments) | $_____ | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $_____ | $_____ |
| Insurance (not deducted from wages or included in mortgage payments) | $_____ | $_____ |
| Homeowner's or renter's | $_____ | $_____ |
| Life | $_____ | $_____ |
| Health | $_____ | $_____ |
| Motor Vehicle | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $_____ | $_____ |
| Installment payments | $_____ | $_____ |
| Motor Vehicle | $_____ | $_____ |
| Credit card (name): _____ | $_____ | $_____ |
| Department store (name): _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Alimony, maintenance, and support paid to others | $_____ | $_____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ |
| Total monthly expenses: | $ 1640 | $_____ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes   [X] No   If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes   [X] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   [X] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

ALL MY Money ($18.00/mo) is being deducted by the Courts for Payments of Already Existing Fees, And by the Prison for Legal Copies. I Have No MoRE Money FoR Hygiene or food

13. State the address of your legal residence:

_____
_____
_____

Your daytime phone number: (____) _____
Your age: __44__  Your years of schooling: _____
Your social-security number: _____