UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DARREN LAMONT KEYS**,

      Plaintiff,

  v.

**DEPARTMENT OF HOMELAND SECURITY,**

      Defendant.

Civil Action No. 07-465 (AK)

## ORDER

On April 28, 2008, the United States Court of Appeals for the District of Columbia Circuit, on its own motion, remanded this case "for a statement of reasons for the grant of summary judgment with regard to the documents referred by the appellee to other agencies for processing under the Freedom of Information Act." (D.C. Cir. Docket No. 07-5364, Order of 4/28/08.)  In light of this remand, this Court now must determine whether the Secret Service's referral of documents to four other agencies pursuant to 6 C.F.R. § 5.4 violated the standards set forth in *McGehee v. CIA*, 697 F.2d 1095 (D.C. Cir. 1983) and constituted an improper withholding of responsive documents.

Because this issue was not raised by Plaintiff or otherwise addressed during summary judgment briefing, there is insufficient evidence in the record to allow this Court to determine whether the referral procedure set forth in 6 C.F.R. § 5.4 is reasonable.  For example, there is no indication whether these other agencies ever responded directly to Plaintiff or whether the Secret Service has a mechanism for ensuring that such agencies respond.  Additionally, the Court has no

evidence before it - aside from the text of the regulation and the letters sent by the Secret Service to the agencies - regarding the nature of the referral procedure or the advantages to be gained from referring documents to the originating agencies.

The Court cannot issue the Statement of Reasons mandated by the Court of Appeals until it considers additional evidence and argument on this matter. Accordingly, it is this 28th day of May, 2008, hereby

**ORDERED** that Defendant provide the Court with additional evidence regarding the referral procedure employed in this case, including, but not limited to, whether this procedure complies with *McGehee*. Defendant shall file its brief on or before June 13, 2008. Plaintiff may file a response on or before June 30, 2008, and Defendant may file a reply on or before July 7, 2008.

/s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE