**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DARREN LAMONT KEYS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-465 (AK) |
| | ) | |
| **UNITED STATES DEPARTMENT OF** | ) | Civil No. 08-726 (ESH) |
| **HOMELAND SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF RELATED CASES**
**PURSUANT TO LOCAL CIVIL RULE 40.5(b)**

Defendant, the United States Department of Homeland Security, hereby files its Notice of

Related Cases pursuant to Local Civil Rule 40.5(b).

Plaintiff, who is proceeding pro se, has filed a subsequent lawsuit, Civil Action No. 08-

726 (ESH), concerning the very same Freedom of Information Act request that is the subject of

the complaint he filed in Civil Action No. 07-465 (AK).  Because these cases concern the same

parties, facts, and issues of law, defendant is simultaneously, with the filing of this notice, filing a

Motion to Consolidate Related Cases in Civil Action No. 07-465 in accordance with Federal

Rule of Civil Procedure 42 and Local Civil Rule 40.5(d).

Dated: June 6, 2008

Respectfully submitted,

    /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122

Assistant United States Attorney

_/s/ Michelle N. Johnson_
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

**COUNSEL FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 6th day of June, 2008, I caused the foregoing Notice

of Related Cases to be served on plaintiff *pro se*, postage prepaid, and addressed as follows:

Mr. Darren Lamont Keys
R33000-037
F.C.I. Williamsburg
Inmate Mail/Parcels
P.O. Box 340
Salters, SC 29590

_____/s/_____
MICHELLE N. JOHNSON
Assistant United States Attorney
