UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARREN LAMONT KEYS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-0465 (AK) |
| ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for an enlargement of two weeks, to and including June 27, 2008, in which to file its brief as ordered by this Court on May 28, 2008. In support of this motion, Defendant states the following:

1. This lawsuit concerns a request Plaintiff submitted pursuant to the Freedom of Information Act, 5 U.S.C. § 552, dated June 30, 2003.

2. On April 28, 2008, the Court of Appeals for this Circuit remanded this case for further consideration of the Secret Service's referral of documents to four other agencies.

3. By Order dated May 28, 2008, Magistrate Judge Kay ordered defendant to provide the Court by June 13, 2008, with additional evidence regarding the referral procedure employed in this case.

4. On June 10, 2008, lead defense counsel Michelle Johnson learned that a close family member is critically ill, and she needed to leave town immediately. At present, the date of her return to the office is unknown.

5. In her absence, Assistant U.S. Attorney Marina Utgoff Braswell will proceed to

gather the information needed for the supplemental briefing ordered by this Court, so upon Ms. Johnson's return to the office defendant's supplemental brief may be prepared and filed as soon as possible.

6. As shown above, good cause supports this motion. The requested extension of time will enable defense counsel to attend to her family emergency and, upon her return to the office, to confer with agency representatives and prepare and file defendant's brief.

7. Because the pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.[1]

June 12, 2008

                                      Respectfully submitted,

                                      /s/ Jeffrey A. Taylor
                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                    United States Attorney

                                      /s/ Rudolph Contreras
                                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                                    Assistant United States Attorney

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

    /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212

Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Motion for an Enlargement of Time was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Darren Lamont Keys
R33000-037
F.C.I. Williamsburg
Inmate Mail/Parcels
P.O. Box 340
Salters, SC 29590

on this 12th day of June, 2008.

/s/
MARINA UTGOFF BRASWELL, for
MICHELLE N. JOHNSON
Assistant U.S. Attorneys
U.S. Attorney's Office - Civil Division
555 4th Street, N.W.
Washington, D.C. 20530