UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARREN LAMONT KEYS**, <br><br> Plaintiff, <br><br> v. <br><br> **DEPARTMENT OF HOMELAND SECURITY,** <br><br> Defendant. | Civil Action No. 07-465 (AK) |

### ORDER

Upon consideration of Defendant's Motion for an Enlargement of Time [32], it is this 13th day of June, 2008, hereby

**ORDERED** that Defendant's Motion is **granted**; and it is further

**ORDERED** that the new briefing schedule shall be as follows:

    Defendant's Brief due June 27, 2008

    Plaintiff's Response due July 14, 2008

    Defendant's Reply due July 21, 2008


/s/
_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE