UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DARREN LAMONT KEYS**,

    Plaintiff,

  v.

**DEPARTMENT OF HOMELAND SECURITY,**

    Defendant.

Civil Action No. 07-465 (AK)

## ORDER

On June 6, 2008, Defendants filed a motion to consolidate this case with Civil Action No. 08-726 (*See* Defendant's Motion to Consolidate Related Cases [31].). Plaintiff has yet to file to file a response. Therefore, it is this 24th day of June, 2008, hereby

**ORDERED** that Plaintiff shall file his response to Defendants' Motion to Consolidate Related Cases on or before July 11, 2008.

/s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE