UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARREN LAMONT KEYS, | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) ) |
|     Defendant. | ) ) |

Civil No. 07-0465 (RMU)
**ECF**

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE BRIEF ORDERED BY THE COURT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for a two-business day enlargement of time to file the brief ordered by the Court. In support of this motion, Defendant states the following:

1. By Order dated May 28, 2008, this Court ordered defendant to provide additional evidence regarding the referral procedure employed in this case regarding documents responsive to plaintiff's Freedom of Information Act ("FOIA") request.

2. On June 12, 2008, defendant requested an enlargement of time to file its supplemental brief in this matter. This extension of time was necessitated because undersigned counsel had to travel out of the state to attend to her critically ill mother. The Court granted this motion and ordered that defendant's brief be filed by today, June 27, 2008.

3. The undersigned counsel has substantially completed the defendant's supplemental brief addressing the issues raised by the Court. However, counsel is awaiting one further declaration from one of the agencies to which documents were referred. In addition, counsel requires additional time to finalize the defendant's brief.

4.  Good cause supports this motion because the undersigned counsel is awaiting receipt of one additional declaration and will then be in a position to file a supplemental dispositive motion addressing all of the documents that were referred to other agencies.  Furthermore, the requested extension of time will afford counsel the requisite time for the necessary supervisory review.  Accordingly, Defendant seeks a two-business day extension of time, up to and including July 1, 2008, in which to file its brief addressing the documents responsive to plaintiff's FOIA request that were referred to other agencies.

5.  Because the pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.

Dated: June 27, 2008

Respectfully submitted,

  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

  /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Motion for an Enlargement of Time to File Brief Ordered by the Court was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Darren Lamont Keys
R33000-037
F.C.I. Williamsburg
Inmate Mail/Parcels
P.O. Box 340
Salters, SC 29590


on this 27th  day of June, 2008


                                                                /s/
                                     MICHELLE N. JOHNSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARREN LAMONT KEYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-0465 (RMU) |
| ) | **ECF** |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for an Enlargement of Time, it is this ___ day of _____, 2008, hereby

**ORDERED** that Defendant's Motion is **granted.** And it is further

**ORDERED** that the new briefing schedule shall be as follows:

Defendant's Brief due July 1, 2008.
Plaintiff's Response due July 17, 2008.
Defendant's Reply due July 24, 2008.


_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE