UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARREN LAMONT KEYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-0465 (RMU) |
| ) | **ECF** |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE BRIEF ORDERED BY THE COURT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, through counsel, respectfully moves this Court for an additional one week enlargement of time to file the brief ordered by the Court. In support of this motion, defendant states the following:

1. By Order dated May 28, 2008, this Court ordered defendant to provide additional evidence regarding the referral procedure employed in this case regarding documents responsive to plaintiff's Freedom of Information Act ("FOIA") request by June 13, 2008.

2. On June 12, 2008, defendant requested an enlargement of time to file its supplemental brief in this matter. This extension of time was necessitated because undersigned counsel had to travel out of the state to attend to her critically ill mother. The Court granted this motion and ordered that defendant's brief be filed by June 27, 2008.

3. On June 27, 2008, defendant requested an additional two business days in which to file its supplemental brief because undersigned counsel was awaiting one further declaration from one of the agencies to which documents were referred and required time to obtain the requisite supervisory review. The Court granted defendant's request.

4.      While counsel has now received the required declarations, it has come to counsel's attention that there remains an unresolved issue concerning the processing of plaintiff's FOIA request. Because this issue is pertinent to the issues that this Court has been asked to address by the District of Columbia Circuit, counsel is requesting an additional week of time to file defendant's supplemental brief so that this issue may be addressed.

5.      Good cause supports this motion because submission of defendant's brief at this juncture would not address all of the issues to be addressed by the Court. Permitting counsel additional time to consult with the agency regarding this issue will assist the Court in resolving the issues identified by the appellate court. Accordingly, Defendant seeks a one-week extension of time, up to and including July 8, 2008, in which to file its brief addressing the documents responsive to plaintiff's FOIA request that were referred to other agencies.

6.      Because the pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.

Dated: July 1, 2008

Respectfully submitted,

　　/s/ Jeffrey A. Taylor　　
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

　　/s/ Rudolph Contreras　　
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

　　/s/ Michelle N. Johnson　　
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division

555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Motion for an Enlargement of Time to File Brief Ordered by the Court was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Darren Lamont Keys
R33000-037
F.C.I. Williamsburg
Inmate Mail/Parcels
P.O. Box 340
Salters, SC 29590

on this 1st day of July, 2008

/s/
MICHELLE N. JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARREN LAMONT KEYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-0465 (AK) |
| ) | **ECF** |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for an Enlargement of Time, it is this ___ day of _____, 2008, hereby

**ORDERED** that Defendant's Motion is **granted.** And it is further

**ORDERED** that defendant shall file the brief ordered by the Court no later than July 8, 2008.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE