UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARREN LAMONT KEYS**,<br><br>Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF HOMELAND SECURITY,**<br><br>Defendant. | Civil Action No. 07-465 (AK) |

## ORDER

On July 7, 2008, Defendant filed its Brief in Further Support of Its Motion for Summary Judgment as Ordered by the Court. This Brief was submitted in response to the Court's May 28, 2008 Order, which directed the parties to submit additional evidence and argument in light of the Court of Appeals' decision to remand this case for a Statement of Reasons. Plaintiff is now entitled to file a response to Defendant's Brief. Therefore, it is this 8th day of July, 2008, hereby

**ORDERED** that Plaintiff shall file his response to Defendant's Brief in Further Support of Its Motion for Summary Judgment as Ordered by the Court or before July 25, 2008.

                                                                           /s/
                                            ALAN KAY
                                            UNITED STATES MAGISTRATE JUDGE