UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARREN LAMONT KEYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-0465 (AK) |
| ) | ECF |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE BRIEF ORDERED BY THE COURT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, through counsel, respectfully moves this Court for an enlargement of time to reply to plaintiff's response to defendant's supplemental brief ordered by the Court. In support of this motion, defendant states the following:

1. By Order dated May 28, 2008, this Court ordered defendant to provide additional evidence regarding the referral procedure employed in this case regarding documents responsive to plaintiff's Freedom of Information Act ("FOIA") request by June 13, 2008.

2. After the Court granted defendant's requests for extensions of time, on July 7, 2008, defendant filed its supplemental brief in this matter.

3. On July 24, 2008, plaintiff responded to defendant's supplemental brief.

4. Defendant intends to reply to plaintiff's filing, consistent with the local rules allowing the moving party to have the last response. See LcvR 7(d).

5. Lead defense counsel in this case, Assistant U.S. Attorney Michelle Johnson, has had to be out of town due to a death in her immediate family. At present, the date of her return to

the office is unknown.

6. Accordingly, defendant requests that this Court grant an extension of time for the filing of defendant's reply, to and including August 22, 2008.

7. Because the pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.

Dated: August 1, 2008

Respectfully submitted,

   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/ Michelle N. Johnson by AUSA Braswell
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Motion for an Enlargement of Time was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Darren Lamont Keys
R33000-037
F.C.I. Williamsburg
Inmate Mail/Parcels
P.O. Box 340
Salters, SC 29590

on this 1st day of August, 2008.

/s/
MARINA UTGOFF BRASWELL, for
MICHELLE N. JOHNSON
Assistant U.S. Attorneys
U.S. Attorney's Office - Civil Division
555 4th Street, N.W.
Washington, D.C. 20530